**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Southern__ District of __Texas__
(State)

Case number (*If known*): _____ Chapter _____

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual   12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

*Check one:*

☒ Chapter 7
☐ Chapter 11

## Part 2: Identify the Debtor

**2. Debtor's name**

Barrow Shaver Resources Company, LLC

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

_____
_____
_____

**4. Debtor's federal Employer Identification Number (EIN)**

☒ Unknown

__ __ – __ __ __ __ __ __ __
EIN

**5. Debtor's address**

**Principal place of business**

977 Pruitt Place
Number   Street

_____

Tyler                            TX    75703
City                          State   ZIP Code

Tyler County, TX
County

**Mailing address, if different**

_____
Number   Street

_____
P.O. Box

_____  _____  _____
City                State   ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number   Street

_____

_____  _____  _____
City                State   ZIP Code

Debtor _____     Case number (*if known*)_____
           *Name*

| | | |
|---|---|---|
| **6.** | **Debtor's website** (URL) | https://barrowshaver.com |

| | | |
|---|---|---|
| **7.** | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other type of debtor. Specify: _____ |

| | | |
|---|---|---|
| **8.** | **Type of debtor's business** | *Check one:* |
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☒ None of the types of business listed. |
| | | ☐ Unknown type of business. |

| | | |
|---|---|---|
| **9.** | **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?** | ☒ No |
| | | ☐ Yes. Debtor _____   Relationship _____ |
| | | District _____ Date filed _____ Case number, if known_____ |
| | |                                              MM / DD / YYYY |
| | | Debtor _____   Relationship _____ |
| | | District _____ Date filed _____ Case number, if known_____ |
| | |                                              MM / DD / YYYY |

### Part 3: Report About the Case

| | | |
|---|---|---|
| **10.** | **Venue** | *Check one:* |
| | | ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| **11.** | **Allegations** | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b). |
| | | The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a). |
| | | *At least one box must be checked*: |
| | | ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount. |
| | | ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |

| | | |
|---|---|---|
| **12.** | **Has there been a transfer of any claim against the debtor by or to any petitioner?** | ☒ No |
| | | ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Official Form 205                    Involuntary Petition Against a Non-Individual                    page 2

Debtor _____
        Name

Case number (*if known*)_____

| 13. Each petitioner's claim | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | See attached Part 3, Sec. 13 | _____ | $ _____ |
| | _____ | _____ | $ _____ |
| | _____ | _____ | $ _____ |
| | | Total of petitioners' claims | $ _____ |

**If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney.  Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.**

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

See attached Part 4
_____
Name

_____
Number    Street

_____  _____  _____
City                                State         ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____  _____  _____
City                                State         ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
           MM  / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

**Attorneys**

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____  _____  _____
City                               State         ZIP Code

Contact phone  _____  Email _____

Bar number  _____

State        _____

✗ _____
Signature of attorney

Date signed  _____
           MM  / DD / YYYY

Debtor _____
　　　　　Name

Case number (*if known*)_____

---

**Name and mailing address of petitioner**

_____
Name

_____
Number    Street

_____  _____  _____
City                             State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____  _____  _____
City                             State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
　　　　　　　MM / DD / YYYY

✘ _____
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____  _____  _____
City                             State       ZIP Code

Contact phone  _____  Email _____

Bar number     _____

State          _____

✘ _____
Signature of attorney

Date signed   _____
　　　　　　　MM / DD / YYYY

---

**Name and mailing address of petitioner**

_____
Name

_____
Number    Street

_____  _____  _____
City                             State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____  _____  _____
City                             State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
　　　　　　　MM / DD / YYYY

✘ _____
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____  _____  _____
City                             State       ZIP Code

Contact phone  _____  Email _____

Bar number     _____

State          _____

✘ _____
Signature of attorney

Date signed   _____
　　　　　　　MM / DD / YYYY

---

**DEBTOR:**
**BARROW SHAVER RESOURCES COMPANY, LLC**

**Part 3:**

**13. Each Petitioner's Claim**

| Creditor | Nature of petitioner's claim | Amount of Claim |
|---|---|---|
| Axis Energy Services, LLC | Trade Creditor | $ 505,535.11 |
| DOC Energy Services, Inc. | Trade Creditor | $ 1,294,432.75 |
| Cudd Pressure Control, Inc. | Trade Creditor | $ 959,340.00 |
| Thru Tubing Solutions, Inc. | Trade Creditor | $ 198,466.69 |
| Genesis Fluids, LLC | Trade Creditor | $ 2,370,875.03 |
| Force Pressure Control, LLC. | Trade Creditor | $ 3,126,331.43 |
|  | **Total of Petitioners' claims:** | **$8,454,981.01** |

**DEBTOR:**
**BARROW SHAVER RESOURCES COMPANY, LLC**

**Part 4:**

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|

**Name and mailing address of petitioner**

Axis Energy Services, LLC
901 Main Street, Suite 4920
Dallas, TX 75202

**Name and mailing address of petitioner's representative, if any**

Christine Stroud
General Counsel of Axis Energy Services, LLC
901 Main Street, Suite 4920
Dallas, TX 75202
*Email:* christine.stroud@axisofs.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/19/2024
                    MM / DD /YYYY

X _Christine Stroud_ (signature)
   Christine Stroud, General Counsel
**Signature of petitioner or representative, including representative's title**

Lisa Rothberg
**Printed name**

DORÉ ROTHBERG LAW, P.C.
**Firm name**

16225        Park Ten Place Dr. Suite 700
**Number   Street**

Houston,                        TX      77084
**City                                State   Zip Code**

**Contact Phone**: 281-829-1555

**Email:** lrothberg@dorelaw.com

**Texas Bar No**. 24138104

X  /s/ Lisa Rothberg
**Signature of attorney**

**Date signed**: 07/23/2024
                        MM / DD / YYYY

DEBTOR:
BARROW SHAVER RESOURCES COMPANY, LLC

Part 4:

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|

**Name and mailing address of petitioner**

DOC Energy Services, LLC
481 US-98
Columbia, MS 39429

**Name and mailing address of petitioner's representative, if any**

Jayme L. Taylor,
President of DOC Energy Services, LLC
4921 Shed Road, Suite 100
Bossier City, LA 71111
Email: jtaylor@docenergyservices.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07-19-2024
             MM/DD/YYYY

X _____
Jayme L. Taylor, President
**Signature of petitioner or representative, including representative's title**

Lisa Rothberg
**Printed name**

DORÉ ROTHBERG LAW, P.C.
**Firm name**

16225       Park Ten Place Dr. Suite 700
**Number   Street**

Houston,              TX      77084
**City                 State   Zip Code**

**Contact Phone:** 281-829-1555

**Email:** lrothberg@dorelaw.com

**Texas Bar No.** 24138104

X /s/ Lisa Rothberg
**Signature of attorney**

Date signed: 07/23/2024
             MM / DD / YYYY

**DEBTOR:**
BARROW SHAVER RESOURCES COMPANY, LLC

**Part 4:**

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|

**Name and mailing address of petitioner**

Force Pressure Control, LLC
10077 Grogans Mills Rd., Suite 500
The Woodlands, Texas 77380

**Name and mailing address of petitioner's representative, if any**

Jeff Achilles
CFO of Force Pressure Control, LLC
P.O. Box 429
Seguin, TX 78156
*Email:* jeff.achilles@forcepsi.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/22/2024
             MM/DD/YYYY

X _____/s/ Jeff Achilles_____
    Jeff Achilles, CFO
**Signature of petitioner or representative, including representative's title**

Lisa Rothberg
**Printed name**

DORÉ ROTHBERG LAW, P.C.
**Firm name**

16225      Park Ten Place Dr. Suite 700
**Number   Street**

Houston,              TX      77084
**City**                **State   Zip Code**

**Contact Phone**: 281-829-1555

**Email**: lrothberg@dorelaw.com

**Texas Bar No.** 24138104

X  /s/ Lisa Rothberg
**Signature of attorney**

**Date signed**: 07/23/2024
                 MM / DD / YYYY

4875-4734-3058, v. 1

**DEBTOR:**
**BARROW SHAVER RESOURCES COMPANY, LLC**

**Part 4:**

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|

**Name and mailing address of petitioner**

Genesis Fluids, LLC
9701 N. Broadway Ext.
Oklahoma City, OK 73114

Lisa Rothberg
**Printed name**

DORÉ ROTHBERG LAW, P.C.
**Firm name**

16225     Park Ten Place Dr. Suite 700
**Number  Street**

Houston,                          TX       77084
**City                                State   Zip Code**

**Contact Phone:** 281-829-1555

**Email:** lrothberg@dorelaw.com

**Texas Bar No.** 24138104

**Name and mailing address of petitioner's representative, if any**

Garrett Sills
VP of Finance of Genesis Fluids, LLC
9701 N. Broadway Ext.
Oklahoma City, OK 73114
*Email*: gsills@genesisfluids.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  7-22-24
             MM/DD/YYYY

X _____

_Garrett Sills, VP of Finance_
**Signature of petitioner or representative, including representative's title**

X /s/ Lisa Rothberg
**Signature of attorney**

Date signed: 07/23/2024
             MM / DD / YYYY

4875-4734-3058, v. 1

**DEBTOR:**
**BARROW SHAVER RESOURCES COMPANY, LLC**

Part 4:

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|

**Name and mailing address of petitioner**

Cudd Pressure Control, Inc.
21320 Springbridge Drive
Houston, TX 77073

**Name and mailing address of petitioner's representative, if any**

Ms. Alesha Pascual
Credit Manager of Cudd Pressure Control, Inc.
8032 Main Street
Houma, LA 70360
*Email:* apoche@rpc.net

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 07/19/2024
             MM/DD/YYYY

x *[signature: Alesha Pascual]*

Alesha Pascual, Credit Manager
**Signature of petitioner or representative, including representative's title**

Lisa Rothberg
**Printed name**

DORÉ ROTHBERG LAW, P.C.
**Firm name**

16225    Park Ten Place Dr. Suite 700
**Number  Street**

Houston                TX    77084
**City                  State   Zip Code**

Contact Phone: 281-829-1555

Email: lrothberg@dorelaw.com

Texas Bar No. 24138104

X /s/ Lisa Rothberg
**Signature of attorney**

Date signed: 07/23/2024
              MM / DD / YYYY

**DEBTOR:**
**BARROW SHAVER RESOURCES COMPANY, LLC**

Part 4:

Petitioners or Petitioners' Representative

**Name and mailing address of petitioner**

Thru Tubing Solutions, Inc.
6769 IH 37 Access Road
Corpus Christi, TX 78409

**Name and mailing address of petitioner's representative, if any**

Attn: Ms. Alesha Pascual
Credit Manager Thru Tubing Solutions, Inc.
8032 Main Street
Houma, LA 70360
Email: apoche@rpc.net

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 07/19/2024
MM/DD/YYYY

X _Alesha Pascual_

Alesha Pascual, Credit Manager
**Signature of petitioner or representative, including representative's title**

Attorneys

Lisa Rothberg
**Printed name**

DORÉ ROTHBERG LAW, P.C.
**Firm name**

16225   Park Ten Place Dr. Suite 700
**Number   Street**

Houston,           TX      77084
**City              State   Zip Code**

Contact Phone: 281-829-1555

Email: lrothberg@dorelaw.com

Texas Bar No. 24138104

X /s/ Lisa Rothberg
**Signature of attorney**

Date signed: 07/23/2024
MM / DD / YYYY

4875-4734-3058, v. 1