UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 24-33353 |
| **Barrow Shaver Resources Company, LLC,** | § | |
| | § | Chapter 7 |
| Debtor. | § | |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that SDS Petroleum Consultants, LLC, hereby appears by and through its undersigned counsel, and such counsel enters his appearance pursuant to § 1109(b) of Title 11 of the United States Code ("Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") and submits this *Notice of Appearance and Demand for Service of Papers* requesting notice of all hearings and conferences herein and makes demand for service of all papers herein, including all papers and notices pursuant to Bankruptcy Rules 2002, 3017, and 9007 and §§ 342 and 1109(b) of the Bankruptcy Code.  All notices given or required to be given in this case shall be served upon the undersigned counsel.

Please take further notice that the foregoing request includes notices and papers referred to in the Bankruptcy Rules and includes, without limitation, any plans of reorganization, notices of hearings, orders, pleadings, motions, applications, complaints, demands, requests, petitions, disclosure statements, memoranda, briefs and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, hand delivery, telephone, telecopier, telegraph, or telex.

Dated: July 23, 2024

Respectfully submitted,

**CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.**

By: */s/ Jarrod B. Martin*
Jarrod B. Martin
Texas Bar No. 24070221
1200 Smith Street, Suite 1400
Houston, TX 77002
P: 713-356-1280
F: 713-658-2553
E: Jarrod.Martin@chamberlainlaw.com

*Counsel for SDS Petroleum Consultants, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 23, 2024, a true and correct copy of the foregoing Notice was served electronically on all parties registered to receive electronic notice of filings in this case via this Court's ECF notification system.

*/s/ Jarrod B. Martin*
Jarrod B. Martin