IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Chapter 7 |
| BARROW SHAVER RESOURCES | § | |
| COMPANY, LLC, | § | |
| | § | Case No. 24-33353 |
| Debtor. | § | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

TO THE BANKRUPTCY CLERK AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that the undersigned law firm of Miller Mentzer Walker, a Professional Corporation, is appearing for J-W Power Company, a creditor and party in interest in these proceedings, and pursuant to Section 1109(b) of the Bankruptcy Code and Rule 2002 of the Rules of Bankruptcy, respectfully requests that all notices which are required to be given in this case and all papers which are required to be served in this case be given to and served upon the undersigned attorney at the address and telephone number set forth below.

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, notice of any application, complaint, demand, hearing, motion, petition, settlement, pleading, or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed, by mail, delivery, telephone, telex or otherwise.

Respectfully submitted,

*/s/ Julie A. Walker*

_____
Julie A. Walker
Texas Bar No. 24012970
MILLER MENTZER WALKER, P.C.
P.O. Box 130
100 N. Main St.
Palmer, Texas 75152
(972) 845-2222
(214) 764-6676 (facsimile)
jwalker@milmen.com

ATTORNEYS FOR J-W POWER COMPANY

## Certificate of Service

I certify that on July 25, 2024, I caused a copy of the foregoing document to be served by the U.S. Mail or via the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas to all parties registered or otherwise entitled to receive electronic notices as indicated below:

**Debtor:  First Class U.S. Mail**
Barrow Shaver Resources Company, LLC
977 Pruitt Place
Tyler, TX 75703

**Petitioning Creditors:  E-Mail**
Axis Energy Services, LLC
DOC Energy Services, LLC
Force Pressure Control, LLC
Genesis Fluids, LLC
Cudd Pressure Control, Inc.
Thru Tubing Solutions, Inc.
c/o Lisa Paige Rothberg
Dore Rothberg Law, P.C.
16225 Park Ten Place Drive, #700
Houston, TX 77084
lrothberg@dorelaw.com

**U.S. Trustee:  First Class U.S. Mail**
Office of the U.S. Trustee
515 Rusk Avenue, #3516
Houston, TX 77002

*/s/ Julie A. Walker*

_____
Julie A. Walker