**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 24-33353-JPN |
| BARROW SHAVER RESOURCES | § | |
| COMPANY, LLC | § | CHAPTER 7 |
| *Debtor*. | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

Please take notice that the undersigned appears for NETX Acquisitions, LLC and ETX Minerals, LLC, parties in interest in this case, and pursuant to Rules 2002 and 9007 of the Bankruptcy Rules, requests that all notices given, or required to be given, in this case and all papers served, or required to be served, in this case, be given to and served upon the undersigned at the office, address and telephone number set forth below.

Please take further notice that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes the notices and papers referred to in the Rules specified above and also includes, without limitation, notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, and any other documents brought before this Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telefax, telex or otherwise.

Notwithstanding the aforementioned, please take note that the undersigned attorneys and law firm are not authorized by NETX Acquisitions, LLC and ETX Minerals, LLC to accept service of process on behalf of NETX Acquisitions, LLC and ETX Minerals, LLC.

Respectfully submitted,

By:   */s/ Christopher L. Halgren*
     Christopher L. Halgren
     State Bar No. 24069859
     Southern District Federal Bar No. 1062824
     McGinnis Lochridge LLP
     609 Main Street, Suite 2800
     Houston, Texas 77002
     (713) 615-8500
     (713) 615-8585 (Fax)
     Email: chalgren@mcginnislaw.com

ATTORNEYS FOR NETX ACQUISITIONS, LLC
AND ETX MINERALS, LLC

## **CERTIFICATE OF SERVICE**

On July 25, 2024, I certify that I have on this day electronically filed the foregoing Notice of Appearance using the Court's CM/ECF filing system, which sends a notice of this filing and an accompanying link to this filing to all parties who have filed a notice of appearance in this case under the Court's CM/ECF system. Notice has also been served as noted below via First Class Mail.

Debtor:
Barrow Shaver Resources Company, LLC (*Via First Class Mail*)
977 Pruitt Place
Tyler, TX 75703

Debtor's Attorney:
Barrow Shaver Resources Company, LLC, Pro Se (*Via First Class Mail*)
977 Pruitt Place
Tyler, TX 75703

Debtor's Attorney in pending litigation:
Corey F. Wehmeyer (Via First Class Mail)
Santoyo Wehmeyer
IBC Highway 281 North Center Bldg
12400 San Pedro Ave., Suite 300
San Antonio, Texas 78216

Petitioning Creditor:
Axis Energy Services, LLC (*Via First Class Mail*)
901 Main Street
Suite 4920
Dallas, TX 75202

Petitioning Creditors' Attorney:
Lisa Paige Rothberg
Dore Rothberg Law, P.C.
16225 Park Ten Place Dr.
Suite 700
Houston, TX 77084
281-829-1555
Fax: 281-200-0751
Email: lrothberg@dorelaw.com

Attorney for SDS Petroleum Consultants, LLC
Jarrod B. Martin
Chamberlain, Hrdlicka, White, Williams & Aughtry, P.C.
1200 Smith Street, Suite 1400
Houston, TX 77002
P: 713-356-1280
F: 713-658-2553
E: Jarrod.Martin@chamberlainlaw.com

US Trustee
Office of the US Trustee
515 Rusk Ave., Suite 3516
Houston, TX  77002

                              */s/ Christopher L. Halgren*
                              Christopher L. Halgren