**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 24-33353** |
| **Barrow Shaver Resources Company, LLC,** | § | |
| | § | **Chapter 7** |
| | § | |
| | § | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**
**COMBINED WITH REQUEST FOR ALL COPIES PURSUANT**
**TO BANKRUPTCY RULE 2002(a) AND PLEADINGS**
**PURSUANT TO BANKRUPTCY RULES 3017(a) AND 9007**

**TO THE HONORABLE U. S. BANKRUPTCY JUDGE:**

Party In Interest Margo Hoague requests that all notices given or required to be given in this case and in any cases consolidated herewith, and all papers served or required to be served in this case be given to and served upon:

Ross Spence
ross@sdllaw.com
Justin Safady
justin@sdllaw.com
Spence, Desenberg & Lee, PLLC
1770 St. James Place, Suite 625
Houston, TX  77056
(713) 275-8440
(713) 275-8445 Fax

This request encompasses all notices, copies, and pleadings referred to in Rules 2002, 3017, and 9007 of the Bankruptcy Rules of Procedure, including but not limited to notices of any orders, motions, demands, complaints, petitions, pleadings, requests, applications, and any other documents brought before this court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegram, telex, or otherwise, which affect or seek to affect this case.

1

Please take further notice that the foregoing request for notice and service of papers is not a submission by Margo Hoague to the jurisdiction of the Bankruptcy Court nor a waiver of her respective rights to: (a) receive service of process for any complaint or subpoena; (b) have final orders in non-core matters entered only after de novo review by a District Judge; (c) trial by jury in any proceedings so triable in these cases, controversies, or proceedings related to these cases; (d) have the District Court withdraw reference in any matter subject to mandatory or discretionary withdrawal; or (e) waive any other rights, claims, actions, defenses, setoffs, or recoupments to which Margo Hoague is, or may be entitled, in law or in equity, all of which are expressly reserved.

Respectfully submitted,

SPENCE, DESENBERG & LEE, PLLC

By: */s/ Ross Spence*
Ross Spence
State Bar No. 18918400
ross@sdllaw.com
Justin W. Safady
Stater Bar No. 24098914
justin@sdllaw.com
1770 St. James Place, Suite 625
Houston, TX  77056
(713) 275-8440 – Main Telephone
(713) 275-8445 - Fax

**ATTORNEYS FOR MARGO HOAGUE**

**CERTIFICATE OF SERVICE**

I certify that on the 25th day of July 2024, a true and correct copy of the above and foregoing was served upon all parties via the Court's electronic case filing system (ECF).

*/s/ Ross Spence*
Ross Spence

2