IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BARROW SHAVER RESOURCES | § | CASE NO. 24-33353 |
| COMPANY, LLC, | § | |
| | § | |
| | § | CHAPTER 7 |
| DEBTOR. | § | |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF NOTICES AND PLEADINGS**

Please take notice that the undersigned counsel hereby give notice pursuant to Federal Rule of Bankruptcy Procedure 9010(b) of their appearance as counsel for ProFrac Services LLC, ("ProFrac"), creditor and party in interest, in this proceeding and respectfully request that all notices given or required to be given in this case, and all papers served or required to be served in this matter, be given to and served upon:

Katherine T. Hopkins
Texas Bar No. 24070737
katherine.hopkins@kellyhart.com
James C. Scott
Texas Bar No. 24056287
jim.scott@kellyhart.com
Elizabeth C. Thomas
Texas Bar No. 24100166
elizabeth.thomas@kellyhart.com
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone:  (817) 878-3541
Facsimile:  (817) 878-9741

This request encompasses all notices required to be given under the Federal Rules of Bankruptcy Procedure, including, but not limited to, notices of any motions, orders, petitions, complaints, demands, applications or pleadings and requests, and any other documents brought before this Court in this matter which otherwise affect or seek to affect this matter.

Dated: July 26, 2024

                    Respectfully submitted,

*/s/ Katherine T. Hopkins*
Katherine T. Hopkins
Texas Bar No. 24070737
katherine.hopkins@kellyhart.com
James C. Scott
Texas Bar No. 24056287
jim.scott@kellyhart.com
Elizabeth C. Thomas
Texas Bar No. 24100166
elizabeth.thomas@kellyhart.com
**KELLY HART & HALLMAN LLP**
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone:  (817) 878-3541
Facsimile:  (817) 878-9741

**ATTORNEYS FOR PROFRAC SERVICES LLC**

## CERTIFICATE OF SERVICE

On July 26, 2024, I hereby certify that the foregoing document was served on all parties receiving electronic notice via ECF notification.

*/s/ Katherine T. Hopkins*
Katherine T. Hopkins