# United States Bankruptcy Court
## Southern District Of Texas (Houston Division)

In re: Barrow Shaver Resources Company, LLC, Debtor*

Case No. 24-33353

Chapter 7

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

A petition under title 11, United States Code was filed against you in this bankruptcy court on July 23, 2024 (date), requesting an order for relief under chapter 7 of the Bankruptcy Code (title 11 of the United States Code).

YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

Address of the clerk: U.S. Bankruptcy Court, Southern District of Texas
Bob Casey U.S. Courthouse, 515 Rusk Avenue
Houston, TX 77002

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

Name and Address of Petitioner's Attorney:
Lisa Rothberg, DORE ROTHBERG LAW, P.C.
16225 Park Ten Place Dr., Suite 700, Houston, TX 77084

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

Date: July 26, 2024

*Nathan Ochsner, Clerk of Court*

*s/ Claudia Gutierrez*
*Signature of Clerk or Deputy Clerk*

\* Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R .Bankr. P. 1005).

B2500E (Form 2500E) (12/15)

# CERTIFICATE OF SERVICE

I, _____(name), certify that on _____ (date), I served this summons and a copy of the involuntary petition on _____ (name), the debtor in this case, by *[describe the mode of service and the address at which the debtor was served]*:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____    Signature _____

Print Name: _____

Business Address: _____

_____