IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No.: 24-33353 |
| Barrow Shaver Resources Company, LLC, | § | |
| | § | CHAPTER 7 |
| Debtor. | § | |

**CREDITOR LATX OPERATIONS, LLC'S
NOTICE OF APPEARANCE OF COUNSEL AND REQUEST FOR SERVICE**

Creditor, LATX Operations, LLC, notifies the Court and the parties of the appearance of the undersigned counsel on its behalf:

Dallas W. Tharpe
**THE THARPE FIRM, PLLC**
455 Rice Rd., Ste. 101
Tyler, Texas  75703
P: (903) 253-9469
F: (903) 253-9475
E: dallas@tharpefirm.com

The undersigned, who is enrolled in the Court's CM/ECF system (and consents to service through such), respectfully requests that he be included on the Court's and the parties' service lists for all matters in this case.  11 U.S.C. § 1109; FED. R. BANKR. P. 2002, 9010(b).

Respectfully submitted,

*/s/ Dallas W. Tharpe*
**Dallas W. Tharpe**
Texas Bar No. 24052036
dallas@tharpefirm.com
**THE THARPE FIRM, PLLC**
455 Rice Rd., Suite 101
Tyler, Texas 75703
P: (903) 253-9469
F: (903) 253-9475

**ATTORNEY FOR CREDITOR
LATX OPERATIONS, LLC**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per on July 29, 2024. All other counsel not deemed to have consented to service in such manner will be served via facsimile transmission and/or first-class mail.

                                           */s/ Dallas W. Tharpe*
                                           **Dallas W. Tharpe**