IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In re: | § | CHAPTER 7 |
| | § | |
| BARROW SHAVER RESOURCES | § | CASE No. 24-33353 |
| COMPANY LLC, | § | |
| | § | |
| Debtor. | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that the undersigned hereby enters their appearance as counsel for Plains Marketing, L.P. a creditor and party in interest in the above referenced case, and requests copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b) and (f), 3017(a) and 9010(b). All such notices should be addressed as follows:

> Patricia Williams Prewitt
> Law Office of Patricia Williams Prewitt
> 2456 FM 112
> Taylor, Texas  76574
> Telephone: (512) 352-6760
> Email:  patti@pprewittlaw.com

Respectfully submitted this 30th day of July 2024

> /s/ Patricia Williams Prewitt
>
> Patricia Williams Prewitt
> Law Office of Patricia Williams Prewitt
> 2456 FM 112.
> Taylor, Texas  76574
> Telephone:  (512) 352-6760
> *Attorney for PLAINS MARKETING, L.P.*

{00131340.DOC}

CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing Notice of Appearance was served on all parties receiving electronic notice on this the 30th day of July 2024.

/s/ Patricia Williams Prewitt

{00131340.DOC}