AKERLY LAW PLLC
Bruce W. Akerly
Texas Bar No. 00953200
2785 Rockbrook Drive, Suite 201
Lewisville, TX 75067
(469) 444-1878 Main
(469) 444-1864 Direct

COUNSEL FOR RCW ENERGY SERVICES, LLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BARROW SHAVER RESOURCES COMPANY, LLC, | § § § | CASE NO. 24-33353- |
| | § | Chapter 7 |
| Debtor. | § | |

## NOTICE OF APPEARANCE

Bruce W. Akerly and Akerly Law PLLC, 2785 Rockbrook Drive, Suite 201, Lewisville, TX 75067 hereby appear as counsel of record for RCW ENERGY SERVICES, LLC in the above styled and referenced bankruptcy proceedings and request that all papers served or required to be served in the action or brought before the Court in the action, whether formal or informal, or transmitted or conveyed by first class mail, electronic mail, hand or overnight delivery, telephone, telegraph, telecopy, or telex, be given to and served upon counsel for all parties.

Creditor requests that the Debtor and Clerk of the Court place the names and addresses of the newly designated counsel on any mailing matric or list of creditors to be prepared or existing in the action.

**NOTICE OF APPEARANCE – Page 1**

Date: July 31, 2024.   Respectfully submitted,

AKERLY LAW PLLC

By:   */s/ Bruce W. Akerly*

Bruce W. Akerly
Texas Bar No. 00953200
bakerly@akerlylaw.com

2785 Rockbrook Drive, Suite 201
Lewisville, TX 75067
(469) 444-1878 Main
(972) 444-1801 Fax

**COUNSEL FOR CREDITOR RCW ENERGY SERVICES, LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that he caused a true and correct copy of the foregoing pleading to be served on all parties receiving ECF notices in the Case through the Court's ECF notification system on July 31, 2024, or via USPS.

*/s/ Bruce W. Akerly*
Bruce W. Akerly

**NOTICE OF APPEARANCE – Page 2**