IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 24-33353 |
| | § | |
| **BARROW SHAVER RESOURCES** | § | |
| **COMPANY, LLC,** | § | Chapter 7 |
| | § | |
| Debtor. | § | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for **BASS ENERGY SERVICES LLC** pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure. The undersigned requests that copies of all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders and all other documents filed or entered in this case be transmitted to the undersigned at the contact details in the signature block below.

Dated: August 1, 2024

        Respectfully submitted,

        **MARTINEZ LAW GROUP PLLC**

        By:   /s/ Melissa M. Martinez
            Melissa M. Martinez, Fed. 962931
            Texas Bar No. 24046359
            PO Box 924009
            Houston, Texas 77292-4009
            Telephone: (832) 641-4002
            Facsimile:  (713) 683-3822
            Melissa@MartinezLaw.US

        ATTORNEY FOR BASS ENERGY SERVICES LLC

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2024, a true and correct copy of the foregoing was served by the Court's Electronic Case Filing System to all parties registered or otherwise entitled to receive electronic notices. Notice has also been served upon the Debtor via First Class Mail at the address below.

**Barrow Shaver Resources Company, LLC**
977 Pruitt Place
Tyler, TX 75703

    /s/ Melissa M. Martinez
Melissa M. Martinez