# United States Bankruptcy Court

Southern **District Of** Texas (Houston Division)

In re Barrow Shaver Resources Company, LLC )   Case No. 24-33353
Debtor* )
) Chapter 7
)

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

A petition under title 11, United States Code was filed against you in this bankruptcy court on July 23, 2024 (date), requesting an order for relief under chapter 7 of the Bankruptcy Code (title 11 of the United States Code).

YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

Address of the clerk:  U.S. Bankruptcy Court, Southern District of Texas

Bob Casey U.S. Courthouse, 515 Rusk Avenue

Houston, TX 77002

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

Name and Address of Petitioner's Attorney:
Lisa Rothberg, DORE ROTHBERG LAW, P.C.
16225 Park Ten Place Dr., Suite 700, Houston, TX 77084

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

*Nathan Ochsner, Clerk of Court*

Date: July 26, 2024

*s/ Claudia Gutierrez*
*Signature of Clerk or Deputy Clerk*

* Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R. Bankr. P. 1005).

B2500E (Form 2500E) (12/15)

## CERTIFICATE OF SERVICE

I, _Bolly Harmon_ (name), certify that on _7-26-24_ (date), I served this summons and a copy of the involuntary petition on _Barrow Shaver_ (name), the debtor in this case, by [describe the mode of service and the address at which the debtor was served]: _Barrow Shaver Resources Company LLC 877 Pruitt Place Tyler Tex 75703_

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _7-26-24_     Signature _Bolly Harmon 9983-10-81-2_

Print Name: _Bobby Garmon_

Business Address: _P.O. Box 131413 Tyler Tex 75713_