IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BARROW SHAVER RESOURCES | § | Case No. 24-33353 (JPN) |
| COMPANY, LLC, | § | |
| | § | |
| | § | Chapter 7 |
| Debtor. | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL NOTICES, PLEADINGS, ORDERS AND OTHER PAPERS

PLEASE TAKE NOTICE that the undersigned counsel and the law firm of Munsch Hardt Kopf & Harr, P.C. hereby appear on behalf of Wesley J. Mahone, BMW Investments, L.P., Genesis Endeavors, LLC, and Strong Services, L.P. (collectively, the "Parties"), parties-in-interest in the above-referenced bankruptcy case (the "Bankruptcy Case"), and pursuant to 11 U.S.C. § 1109(b) of the Bankruptcy Code and Rules 2002, 3017, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure request that all notices given or required to be given in the Bankruptcy Case, and all papers served or required to be served in the Bankruptcy Case, be served upon the undersigned counsel at the following address:

Kevin M. Lippman
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street, Suite 4000
Dallas, Texas 75201-6659
Telephone: (214) 855-7565
Facsimile:  (214) 978-5335
Email: klippman@munsch.com

PLEASE TAKE FURTHER NOTICE that, the foregoing request includes notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, motions, applications, complaints, demands, notices of motions, notices of applications, notices of

hearing, petitions, objections, claims, and all other pleadings or requests, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, other commercial carrier, hand-delivery, facsimile, telegraph, telex, e-mail, telephone, or otherwise.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance shall not be deemed or construed as the Parties': (a) waiver of the right to have final orders in non-core matters entered only after de novo review by the United States District Court; (b) waiver of the right to trial by jury in any proceeding to which such right exists in the Bankruptcy Case or in any case, controversy, or proceeding related to the Bankruptcy Case; (c) waiver of the right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (d) waiver of the right to contest jurisdiction or appropriate venue in this proceeding or any related proceeding; or (e) waiver of any other rights, claims, actions, defenses, setoffs, or recoupments which the Parties have or may hereafter obtain, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the Parties hereby expressly reserve.

Dated: August 2, 2024

**MUNSCH HARDT KOPF & HARR, P.C**.
500 N. Akard Street, Suite 4000
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
E-mail: klippman@munsch.com

By: */s/ Kevin M. Lippman*
    Kevin M. Lippman
    Texas Bar No. 00784479

**ATTORNEYS FOR WESLEY J. MAHONE, BMW INVESTMENTS, L.P., GENESIS ENDEAVORS, LLC AND STRONG SERVICES, L.P.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 2nd day of August, 2024, he caused a true and correct copy of the foregoing Notice of Appearance to be served electronically on those parties requesting electronic service through the Court's ECF system.

*/s/ Kevin M. Lippman*
Kevin M. Lippman