IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| Barrow Shaver Resources Company, LLC | § | Case No. 24-33353 |
| | § | |
| Debtor. | § | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that the attorney listed below hereby enters his appearance for CSI Compressco Operating LLC ( "CSI"), creditor in the above-captioned chapter 7 case, pursuant to Rules 2002, 3017(a), 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Bankruptcy Local Rules of the United States Bankruptcy Court for the Southern District of Texas, and sections 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. § 101, *et seq*. (the "Bankruptcy Code"), and hereby requests that copies of all pleadings, motions, notices, and other papers, filed or served, in these proceedings, be served upon the following counsel at the following street addresses, e-mail addresses, or facsimile numbers:

Paul D. Moak.
**REED SMITH LLP**
1221 McKinney Street, Suite 2100
Houston, TX 77010
Telephone: (713) 469-3800
Facsimile: (713) 469-3899
E-mail: pmoak@reedsmith.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the above-referenced Bankruptcy Rules and the Bankruptcy Code, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints, demands, replies, and answers, including all amendments to any of the foregoing, whether formal or

informal, written or oral, transmitted or conveyed by mail delivery, hand delivery, telephone, facsimile transmission or otherwise, in these cases.

**PLEASE TAKE FURTHER NOTICE** that neither this *Notice of Appearance and Request for Notices and Papers* (this "Notice") nor any subsequent appearance, pleading, proof of claim, claim, or suit is intended, or shall be deemed, to constitute a waiver of CSI's: (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding related to, or triable in, these cases or any case, controversy, or proceeding related to these cases; (iii) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) right to object to the jurisdiction of this Court for any purpose other than with respect to this Notice; or (v) rights, claims, actions, defenses, setoffs, or recoupments, as appropriate, to which CSI is or may be entitled, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: August 6, 2024  
       Houston, TX

Respectfully submitted,

REED SMITH LLP

By  */s/ Paul D. Moak*  
Paul D. Moak (Texas Bar No. 00794316)  
REED SMITH LLP  
1221 McKinney Street, Suite 2100  
Houston, TX 77010  
Telephone: (713) 469-3800  
Facsimile: (713) 469-3899  
E-mail: pmoak@reedsmith.com

*Attorney for CSI Compressco Operating LLC*

### CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2024, a true and correct copy of the foregoing *Notice of Appearance and Request for Notices and Papers* was served electronically through the Court's ECF transmission facilities on all parties registered to receive ECF notice in the above-captioned chapter 7 cases.

*/s/ Paul D. Moak*  
Paul D. Moak