United States Bankruptcy Court
Southern District of Texas

**ENTERED**

August 19, 2024

Nathan Ochsner, Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Barrow Shaver Resources Company LLC[2] | § | Case No. 24-33353 |
| | § | |
| | § | |
| Debtor. | § | |

## ORDER GRANTING COMPLEX CASE TREATMENT
### [Docket No. 48]

This case was filed on August 19, 2024. A Notice of Designation as Complex Case was filed. Based on its review of the initial pleadings, the Court concludes that the complex case designation is appropriate. Accordingly, the Court orders:

1. The Procedures for Complex Cases in the Southern District of Texas apply to this case. The procedures are posted on the Court's website. Compliance with the procedures is required.

2. The Debtor must give notice of this Order to all parties in interest within seven (7) days. If a party-in-interest objects to the provisions of this Order, that party may file an appropriate motion within fourteen (14) days after service of the Order.

3. The Bankruptcy Local Rules for the Southern District of Texas apply to this case, subject to the following modifications:

   a. Bankruptcy Local Rule 1001-1(b) does not apply.

   b. Local District Court Civil Rule 83.1 applies.

   c. Appendix A to the Local Rules of the District Court applies.

   d. If a conflict exists between the Bankruptcy Local Rules and the Procedures for

---

[2] The last four digits of the Debtor's federal tax identification number are 0510. The Debtor's corporate headquarters is located at 977 Pruitt Place, Tyler, TX 75703.

Complex Cases in the Southern District of Texas, the Procedures for Complex Cases in the Southern District of Texas govern.

e.  The Clerk of Court shall reassign this case pursuant to General Order 2018-1 governing complex case assignments.

Signed: August 19, 2024

Jeffrey P. Norman
United States Bankruptcy Judge