UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In re:<br><br>***BARROW SHAVER RESOURCES COMPANY LLC***<br><br>Debtor. | Case No. 24-33353<br><br>Chapter 11 |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:

PLEASE TAKE NOTICE that the undersigned appears as counsel for Geonix Operating, LP, creditor and party-in-interest in the above-referenced bankruptcy case. Pursuant to and in accordance with Bankruptcy Rules 2002, 3017, 9007, 9010, and 9013, as well as all other relevant provisions of the Bankruptcy Rules, Geonix Operating, LP requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon:

**Paige A. Quick**
ALLEN BRYSON, PLLC
211 N. Center St.
Longview, Texas 75601
Phone: 903-212-9300
Fax:    903-212-9301
pquick@allenbrysonlaw.com

PLEASE TAKE FURTHER NOTICE that this request includes notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, all notices and any orders, applications, complaints, demands, motions, hearings, petitions, pleadings or requests, bar dates, plans, and any other documents brought before this Court in this case,

whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, facsimile, or otherwise.

The undersigned additionally requests that the undersigned attorney's name and address be placed on any mailing matrix or list of creditors to be prepared or existing in the above-referenced case.

Date: September 25, 2024

Respectfully Submitted,

ALLEN BRYSON, PLLC

BY: */s/ Paige A. Quick*
**Paige A. Quick**

State Bar No. 24137134
pquick@allenbrysonlaw.com

211 N. Center St.
Longview, Texas 75601
Phone: 903-212-9300
Fax:    903-212-9301

**ATTORNEY FOR GEONIX OPERATING, LP**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance and Request for Service of Papers was served by electronic court filing and/or by United States mail, postage prepaid and properly addressed to all parties requesting notice via the Court's ECF system on September 25, 2024.

*/s/ Paige A. Quick*
**Paige A. Quick**